## WILLIAMS *v.* LaVALLEE, WARDEN.

No. 833, Misc.   Decided May 23, 1960.

Reported below: —— F. 2d ——.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.

## SIMS MOTOR TRANSPORT LINES, INC., *v.* UNITED STATES ET AL.

No. 823.   Decided May 23, 1960.

*Harold T. Halfpenny* and *Mary Shaw* for appellant.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Henry Geller* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission.

*Roland Rice* and *Franklin R. Overmyer* for Holland Motor Express, Inc., et al.

PER CURIAM.

The motions of Holland Motor Express, Inc., et al., for leave to be named parties appellee and for leave to file a motion to affirm are granted. The motions to affirm are granted and the judgment is affirmed.